```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,         :
                                         NOLLE PROSEQUI
         - v. -                   :
                                         18 Cr. 855 (CM)
ERIC MANSON,                      :

              Defendant.          :
- - - - - - - - - - - - - - - - - x
```

1.   The filing of this nolle prosequi will dispose of this case with respect to ERIC MANSON, the defendant.

2.   On November 30, 2018, ERIC MANSON, the defendant, waived indictment and was arraigned by Chief Magistrate Judge Gorenstein on Information, 18 Cr. 855 (the "Information"), charging MANSON with two counts of Hobbs Act robbery and one count of attempted Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951 and 2, and one count of bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2.

3.   On or about October 23, 2019, while the above-captioned case was pending, but prior to any trial or other disposition, ERIC MANSON, the defendant, died.

4.   Because ERIC MANSON, the defendant, died while this case was pending, and therefore before a final judgment was issued, the Information must be dismissed under the rule of

abatement. *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

     5.    Accordingly, I recommend that an order of <u>nolle prosequi</u> be filed as to defendant ERIC MANSON.

                                                             Brett M. Kalikow
                                                            Assistant United States Attorney
                                                            (212) 637-2220

Dated:    New York, New York
             December 3, 2019


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant ERIC MANSON with respect to Information 18 Cr. 855.

Dated:  New York, New York
        Nov. 8         , 2019

                                _____
                                GEOFFREY S. BERMAN  BB
                                United States Attorney
                                Southern District of New York


SO ORDERED:

Dated:  New York, New York
        _____, 2019


                                _____
                                HONORABLE COLLEEN MCMAHON
                                Chief United States District Judge
                                Southern District of New York